ROSSY *v.* MOLLFULLEDA ET AL.

APELACIÓN procedente de la Corte de Distrito de San Juan.

No. 755.—Resuelto en enero 29, 1912.

CANCELACIÓN DE INSCRIPCIÓN—ADJUDICACIÓN DE FINCA RÚSTICA EN VIRTUD DE REMATE.—Inscrita en el registro la adjudicación de una finca rústica en vir-

tud de remate, no procede la cancelación de esa inscripción, sin que la persona a favor de quien se haya hecho, preste su consentimiento y sin que se alegue y pruebe en debida forma la razón legal que autorice tal cancelación.

Los hechos están expresados en la opinión.

Ambas partes comparecieron en nombre propio.

EL JUEZ PRESIDENTE SR. HERNÁNDEZ, emitió la opinión del tribunal.

El presente es un recurso de apelación interpuesto contra orden de la Corte de Distrito de San Juan denegando cancelación de la inscripción de escritura de compraventa en el registro de la propiedad.

En juicio seguido ante la Corte de Distrito de San Juan, por *Manuel Rossy* v. *Juan Mollfulleda, Damiana Huertas* y *la Sucesión Cussó* sobre cobro de honorarios, dicha corte, a moción de la parte demandante, dispuso entre otras cosas, por orden de 26 de mayo de 1906, se librara mandamiento al registrador de la propiedad para que tomara anotación de la prohibición de enajenar o gravar una finca de 200 cuerdas, ochenta de ellas sitas en el barrio de Cuevas de Trujillo Alto y las ciento veinte restantes en el barrio de Sabana Llana de Río Piedras, pertenecientes todas a Damiana Huertas.

En el pleito de que se deja hecho mérito recayó sentencia contra los demandados en 23 de enero de 1907 y para ejecutarla procedió el marshal en 13 de diciembre del mismo año a la subasta de la finca de 80 cuerdas, parte de la de 200 de Damiana Huertas, cuya finca fué adjudicada a Don Luis Campillo; pero no habiéndose podido dar posesión de ella a Campillo, convinieron Rossy, Campillo y Mollfulleda, como representante éste de su esposa Damiana Huertas, en que se dejara sin efecto el remate celebrado.

Sin que aparezca justificado en el récord que tuviera lugar otra subasta, Mollfulleda presentó escrito a la Corte de Distrito de San Juan en 25 de julio del año próximo pasado, solicitando fuera cancelada la inscripción hecha en el Registro de la propiedad de San Juan, tomo 17 de Río Piedras,

de la escritura de venta de una finca de 120 cuerdas adjudicada, según Mollfulleda, a Rossy por precio de $100, bajo colindancias falsas e imaginarias, la que no existía en la jurisdicción de Río Piedras, por más que así se suponía.

Tal pretensión fué denegada por orden, cuya fecha no consta y esa es la orden recurrida por Mollfulleda.

Admitiendo como reales y positivos los hechos de subasta, adjudicación y otorgamiento de la escritura de venta de la finca de 120 cuerdas a favor de Rossy, con su inscripción en el registro, opinamos que la cancelación de esa inscripción no puede ordenarse, ya porque Rossy no ha prestado su consentimiento para ello, ya porque a falta de dicho consentimiento, no se ha alegado y probado en forma debida razón legal que la autorice. (Arts. 79 y 82 de la Ley Hipotecaria.)

Por las razones expuestas, debe confirmarse la orden apelada.

*Confirmada.*

Jueces concurrentes: Sres. Asociados MacLeary, Wolf, del Toro y Aldrey.